JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS SUAREZ ROJAS, | Case No. 5:26-cv-02943-SB-MB |
| Petitioner, | |
| v. | FINAL JUDGMENT |
| ROBERT BONNER et al., | |
| Respondents. | |

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Jose Luis Suarez Rojas's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: July 8, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge